IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID LEE DANIELS III, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:20-cv-00842-M-BT |
| § | |
| SANDRA L. JACKSON, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 26, 2021. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED,** this 10th day of September, 2021.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE

1